THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
NATHAN LUBIN, Appellant.

*Crimes — grand larceny in first degree — criminally receiving stolen*
*property, second degree — second offenses — conviction affirmed.*

People v. *Lubin,* 190 App. Div. 339, affirmed.

(Argued June 8, 1920; decided July 7, 1920.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered January 16, 1920, which affirmed a judgment of
the Bronx County Court rendered upon a verdict con-
victing the defendant of the crimes of grand larceny in
the first degree and criminally receiving stolen property
in the second degree, charged as second offenses.

*Clark L. Jordan* for appellant.

*Francis Martin, District Attorney* (*Charles B. McLaughlin*
and *Albert Cohn* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND,
MCLAUGHLIN, ANDREWS and ELKUS, JJ.